**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Outdoor Wireless Networks LLC d/b/a ANDREW<br><br>Plaintiff,<br><br>v.<br><br>John Mezzalingua Associates, LLC d/b/a JMA Wireless<br><br>Defendant. | ) | C.A. No. _______________<br><br>**JURY TRIAL DEMANDED** |

## Complaint

Plaintiff Outdoor Wireless Networks LLC d/b/a ANDREW® files this action for patent infringement against Defendant John Mezzalingua Associates, LLC, d/b/a JMA Wireless®. Plaintiff states and alleges as follows:

## The Parties

1. Plaintiff Outdoor Wireless Networks LLC ("OWN") is headquartered in Richardson, TX. OWN does business as ANDREW®.

2. OWN designs, manufactures, and sells telecommunications products and equipment around the world, together with its affiliated companies. OWN's innovative products are used to build network infrastructures for wired and wireless communications. OWN's products can be found in large buildings, venues and outdoor spaces, in data centers and telecom central offices, and at wireless cell sites. For example, OWN's products include coaxial cable-connector assemblies that are used at cell sites. OWN protects its investment in research and development of innovative coaxial connector products by filing and obtaining patents on its innovations, including the patents-in-suit. OWN is organized under the laws of the State of Delaware.

3. Defendant John Mezzalingua Associates, LLC d/b/a JMA Wireless ("JMA"), upon information and belief, is a company organized and existing under the laws of the State of Delaware.

## Jurisdiction

4. This action arises under the Patent Act, 35 U.S.C. § 271 et seq.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendant JMA.

7. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

8. Defendant JMA has a regular established place of business in this district. JMA's website lists an office at: "2701 E Plano Parkway Suite #100, Plano, TX 75074 USA." Here is a screenshot from JMA's website:



https://jmawireless.com/contact-us/ (red box added).

9. JMA's office in Plano, Texas is branded "JMA Wireless", per Google Maps below:




10. Upon information and belief, Defendant JMA has committed acts of infringement in this district. Defendant JMA has committed acts of direct infringement and/or indirect infringements in this district. As one example, upon information and belief, Defendant JMA has sold, offered for sale, used, and/or made the accused products in this district. Per LinkedIn, Defendant JMA had one or more sales personnel located in this district for the past five years. *See* https://www.linkedin.com/in/david-walker-a34b717/ ("Sales Director JMA Wireless"). Defendant JMA also provides its product catalog and customer services in this district via its website. *See, e.g.*, https://jmawireless.com/factory-made-jumpers/ and https://jmawireless.com/performance-results-portal/.

**Patents-in-Suit**

11. This is an action for patent infringement of the following patents: (1) United States Patent No. 10,355,436 ("the '436 patent"); (2) United States Patent No. 11,437,766 ("the '766 patent"); (3) United States Patent No. 11,437,767 ("the '767 patent"); (4) United States Patent No. 11,462,843 ("the '843 patent"); (5) United States Patent No. 11,735,874 ("the '874 patent"); and (6) United States Patent No. 12,113,317 ("the '317 patent"). Collectively, the asserted patents are referred to herein as "the patents-in-suit".

12. The patents-in-suit relate to, inter alia, coaxial cable assemblies and laser welding.

13. OWN is the owner of the entire right, title, and interest in and to the '436 patent, which duly and legally issued on July 16, 2019. The '436 patent is entitled "Method and Apparatus for Radial Ultrasonic Welding Interconnected Coaxial Connector." A copy of the '436 patent is attached as Exhibit A.

14. OWN is the owner of the entire right, title, and interest in and to the '766 patent, which duly and legally issued on September 6, 2022. The '766 patent is entitled "Connector and Coaxial Cable with Molecular Bond Interconnection." A copy of the '766 patent is attached as Exhibit B.

15. OWN is the owner of the entire right, title, and interest in and to the '767 patent, which duly and legally issued on September 6, 2022. The '767 patent is entitled "Connector and Coaxial Cable with Molecular Bond Interconnection." A copy of the '767 patent is attached as Exhibit C.

16. OWN is the owner of the entire right, title, and interest in and to the ’843 patent, which duly and legally issued on October 4, 2022. The ’843 patent is entitled “Ultrasonic Weld Interconnection Coaxial Connector and Interconnection with Coaxial Cable.” A copy of the ’843 patent is attached as Exhibit D.

17. OWN is the owner of the entire right, title, and interest in and to the ’874 patent, which duly and legally issued on August 22, 2023. The ’874 patent is entitled “Connector and Coaxial Cable with Molecular Bond Interconnection.” A copy of the ’874 patent is attached as Exhibit E.

18. OWN is the owner of the entire right, title, and interest in and to the ‘317 patent, which duly and legally issued on October 8, 2024. The ‘317 patent is entitled “Connector and Coaxial Cable with Molecular Bond Interconnection.” A copy of the ‘317 patent is attached as Exhibit F.

**Defendant JMA’s Infringing Products**

19. Defendant JMA has committed acts of patent infringement by making, using, selling, offering for sale, and/or importing into the United States JMA’s factory made jumpers (also called factory fit jumpers) that include coaxial cable-connector assemblies with laser welding (“Accused Products”).

20. Defendant JMA’s website lists multiple categories of jumpers that incorporate laser welding. *See* https://jmawireless.com/factory-made-jumpers/. JMA’s website, for example, lists the following jumpers:




*See* https://jmawireless.com/factory-made-jumpers. These products will be referred to as "JMA Factory Made Jumpers."

21. JMA's website includes a video that illustrates JMA's use of laser welding in the manufacture of JMA's Factory Made Jumpers. *See* https://jmawireless.com/factory-made-jumpers/.

22. The video on JMA's website illustrates the use of JMA's laser welding technology to join a coaxial cable and a coaxial connector together. Here is a screenshot from the video:




*See* video at https://jmawireless.com/factory-made-jumpers/.

23. The video on JMA's website illustrates the use of a laser to form a circumferential laser welded seam. Here are screenshots from the video:






*See* video at https://jmawireless.com/factory-made-jumpers/.

24. Exhibit AA is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "1/2" Factory Fit and Certified Jumpers." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_12_Jumper_Datasheet.pdf.

25. Exhibit BB is a true and correct copy of a data sheet that JMA makes available on its website (www.jmawireless) entitled "1/2" Superflex Factory Fit and Certified Jumpers." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_12S_Jumper_Datasheet.pdf

26. Exhibit CC is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "1/4" Factory Fit and Certified Jumpers." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_14_Jumper_Datasheet.pdf.

27. Exhibit DD is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "3/8" Factory Fit and Certified Jumpers." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_38_Jumper_Datasheet.pdf.

28. Exhibit EE is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "Factory Fit Cluster Certified Jumper." *See*

https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_Cluster_Jumper_Datasheet.pdf.

29. Exhibit FF is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "2.2-5 Low Loss Outdoor Cabling Configurations." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_2.2-5_Low_Loss_Jumper_Datasheet.pdf.

30. Exhibit GG is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "1/2" Factory Fit and Certified Jumpers for Ericsson 2200 Series Radios." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_4E_Jumper_Datasheet.pdf

31. Exhibit HH is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "NEX10 Low Loss Outdoor Cabling Configurations." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_Low_Loss_Jumper_Datasheet.pdf.

32. Exhibit II is a true and correct copy of a data sheet that JMA makes available via its website (www.jmawireless.com) entitled "NEX10 Low Loss Outdoor 38S Cabling Configuration." *See* https://jmawireless.com/PD/Jumpers/Content/Jumpers_PDF/JMA_NEX10_Low_Loss_38S_Jumper_Datasheet.pdf.

## **Defendant JMA's Knowledge of the Patents-in-Suit**

33. Upon information and belief, Defendant JMA has had knowledge of the patents-in-suit prior to the filing of this complaint or was willfully blind to them.

34. JMA had extensive knowledge of the specific patent family for the patents-in-suit prior to the filing of this complaint. Prior to the filing of this complaint, JMA cited at least five

patents and patent publications from the patents-in-suit's family in JMA's own patent filings with the Patent Office. JMA also received a "search report" that identified the disclosure from the patent family as relevant to every claim JMA was seeking in its own patent filing.

35. After learning of the patent family for the patents-in-suit, upon information and belief, JMA monitored the patent family and learned of the patents-in-suit. JMA itself has taken the position that it is "irresponsible" not to keep apprised of developments in a patent family upon learning of the patent family. *See* Exhibit G ¶32. Furthermore, upon information and belief, JMA's practice was to assess JMA's new products against known patent families. JMA's own patent counsel touts his specific experience "assessing patent portfolios of others for potential threats against new products." JMA continued to launch jumper cables with laser welding after learning of the patent family. Therefore, upon information and belief as JMA released new products, JMA would have assessed the patent family and located the patents-in-suit.

36. Alternatively, JMA was willfully blind to the patents-in-suit. JMA itself has taken the position that failure to keep apprised of developments in a patent family upon learning of it "would have amounted to willful blindness." *See* Exhibit G ¶32. JMA both knew about this specific patent family and knew the patent owner was engaged in continued prosecution. Furthermore, as alleged above, JMA's practice was to assess JMA's new products against known patent families. Therefore, as JMA released new products, JMA either assessed the patent family and located the patents-in-suit or made a decision not to assess the patent family to avoid locating the patents-in-suit and engaged in willful blindness.

37. Further, at least as of the filing and/or service of this complaint, JMA has knowledge of the patents-in-suit.

**First Cause of Action**

**(Patent Infringement Under 35 U.S.C. §271 of United States Patent No. 10,355,436)**

38. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

39. JMA has directly infringed and continues to directly infringe one or more claims of the '436 Patent literally and/or under the doctrine of equivalents by making, using, selling, offering for sale, and/or importing the Accused Products in the United States, without license or authorization by OWN.

40. As a non-limiting example, JMA has infringed claim 8 of the '436 patent by making, using, selling, offering for sale, and/or importing into the United States JMA's ½" Factory Fit and Certified Jumpers. As set forth below, the JMA ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 8. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

41. JMA does not have a license to the '436 patent.

42. Claim 8 of the '436 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below.

| Designation | Claim 8 of '436 patent |
|---|---|
| **Element 8A** (preamble) | 8. A coaxial cable-connector assembly, comprising: |
| **Element 8B** | (a) a coaxial cable comprising:<br>an inner conductor;<br>an outer conductor circumferentially surrounding the inner conductor; and<br>dielectric layer interposed between the inner conductor and the outer conductor; and |
| **Element 8C** | (b) a coaxial connector, comprising:<br>an inner contact electrically connected with the inner conductor of the coaxial cable; |
| **Element 8D** | an intermediate body positioned radially outwardly of the inner contact, the intermediate body electrically connected to the outer conductor of the coaxial cable via a laser weld; and |
| **Element 8E** | an outer connector interface electrically connected to the intermediate body, the outer connector interface configured to mate with an outer connector interface of a mating connector. |

43. The JMA ½" Factory Fit and Certified Jumper satisfies Element 8A (preamble) of claim 8 of the '436 patent.

44. The JMA ½" Factory Fit and Certified Jumper is an assembly that includes a coaxial cable and a coaxial connector at an end of the coaxial cable.






JMA

1/2" Factory Fit and Certified Jumpers

Contact technical support:
1-888-201-6073
techsupport@jmawireless.com

| WPS TYPES OFFERED | |
|---|---|
| SEALS OFFERED FOR | PORT SEAL INCLUDED |
| DM, DR | WPS-DF |
| 4M, 4R | WPS-4F |
| NM, NR | WPS-NF |
| 2M | WPS-2F-12 |

| CABLE TYPES OFFERED | |
|---|---|
| 12 | ½" ANNULAR |
| 12R | ½" ANNULAR RISER |
| 12P | ½" PLENUM |

WPS 1 WPS 2 PIGTAIL LENGTH METER

LXX(W)(XX)(W)(1)-XXX-XX(M)

CONNECTOR 1 CONNECTOR 2

| CONNECTOR TYPES OFFERED | |
|---|---|
| DM | DIN MALE |
| 4M | 4.3-10 MALE |
| 2M | 2.2-5 MALE |
| DR | DIN MALE, RIGHT ANGLE |
| 4R | 4.3-10 MALE, RIGHT ANGLE |
| 4P | 4.3-10 MALE, PUSH-PULL |
| 4E | 4.3-10 MALE, SMALL CAP |
| NM | N MALE |
| NR | N MALE, RIGHT ANGLE |
| DF | DIN FEMALE |
| 4F | 4.3-10 FEMALE |
| NF | N FEMALE |

IF (1) IS PRESENT, COMPRESSION CONNECTOR INCLUDED

IF (W)(1) IS PRESENT, COMPRESSION CONNECTOR INCLUDED WITH WPS

ALL PIGTAILS ARE MADE AS 2X SIZE NEEDED, PIM & RETURN LOSS TESTED AND THEN CUT IN HALF

PIGTAILS MUST BE ORDERED IN EVEN QUANTITIES.

Jumper Length Notes:

- *2' Minimum (0.5 meters)*
- *130' Maximum (40 meters)*
- *65' Max for pigtail (20 meters)*

Exhibit AA.

45. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 8A of the '436 patent.

46. The JMA ½" Factory Fit and Certified Jumper satisfies Element 8B of the '436 patent.

47. The JMA ½" Factory Fit and Certified Jumper includes a coaxial cable with an inner conductor, an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer that is positioned between the inner and outer conductors.

48. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor surrounding the inner conductor, and a dielectric layer between the two conductors.



49. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 8B of the '436 patent.

50. The JMA ½" Factory Fit and Certified Jumper satisfies Element 8C of the '436 patent.

51. The JMA ½" Factory Fit and Certified Jumper includes a coaxial connector with an inner contact that is electrically connected with the inner conductor of the coaxial cable.




52. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 8C of the '436 patent.

53. The JMA ½" Factory Fit and Certified Jumper satisfies Element 8D of the '436 patent.

54. The JMA ½" Factory Fit and Certified Jumper includes an intermediate body that is positioned radially outwardly from the inner contact and is electrically connected to the outer conductor of the coaxial cable via a laser weld.




55. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper includes an intermediate body that is positioned radially outwardly from the inner contact and is electrically connected to the outer conductor of the coaxial cable via a laser weld:







*See* video at https://jmawireless.com/factory-made-jumpers/.

56. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 8D of the '436 patent.

57. The JMA ½" Factory Fit and Certified Jumper satisfies Element 8E of the '436 patent.

58. The JMA ½" Factory Fit and Certified Jumper has an outer connector interface that is electrically connected to the intermediate body. The outer connector interface includes a front end that is configured to mate with an outer connector interface on a mating connector.




59. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 8E of the '436 patent.

60. JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '436 patent. JMA indirectly infringes by contributing to and/or actively inducing direct infringement by others. For example, JMA contributes to and/or actively induces direct infringement by partners, users, installers, customers, and/or testers of the Accused Products. As a non-limiting example, JMA contributes to the infringement of claim 8 of the '436 patent by selling, offering for sale, and/or importing JMA's ½" Factory Fit and Certified Jumper. JMA's ½" Factory Fit and Certified Jumper includes features that are a material part of the claimed invention and not a staple article or commodity of commerce suitable for substantial

noninfringing use. JMA has knowledge of its products and features and had knowledge of OWN's patents-in-suit as set forth above in "Knowledge of the Patents-in-Suit." Therefore, upon information and belief, JMA knows that JMA's ½" Factory Fit and Certified Jumper includes features that are especially made or especially adapted for use in infringement. As a non-limiting example, JMA actively induces infringement of claim 8 of the '436 patent. JMA actively solicits partners. https://jmawireless.com/partners/. Further, upon information and belief, JMA actively encourages its partners, users, installers, customers, and/or testers to deploy, install, and/or use the Accused Products, including the JMA ½" Factory Fit and Certified Jumpers in a way that results in infringement and provides training and associated materials for the deployment, installation, and/or use that results in infringement.

61. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

62. JMA's infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

63. Upon information and belief, JMA's unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney's fees, and costs.

## Second Cause of Action

### (Patent Infringement Under 35 U.S.C. §271 of Patent No. 11,437,766)

64. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

65. JMA has directly infringed and continues to directly infringe one or more claims of the '766 patent literally and/or under the doctrine of equivalents by making, using, selling,

offering for sale, and/or importing the Accused Products in the United States, without license or authorization by OWN.

66. As a non-limiting example, JMA has infringed at least claim 1 of the ‘766 Patent by making, using, selling, offering for sale, and/or importing into the United States its ½" Factory Fit and Certified Jumpers. As set forth below, the JMA ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 1. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

67. JMA does not have a license to the ‘766 patent.

68. Claim 1 of the ‘766 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below:

| Designations | Claim 1 of the ‘766 patent |
|---|---|
| **Element 1A (Preamble)** | 1. A coaxial cable-connector assembly comprising: |
| **Element 1B** | a. a coaxial cable comprising an inner conductor and an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer interposed between the inner conductor and the outer conductor, wherein the outer conductor has a leading end; and |
| **Element 1C** | b. a coaxial connector comprising:<br>an inner contact having a first end electrically connected to the inner conductor of the coaxial cable, and a second distal end; |
| **Element 1D** | a conductive sleeve member defining a circumferential bore; and; |
| **Element 1E** | an interface member that circumferentially overlies the conductive sleeve member, the interface member having a cylindrical distal end; |

| | |
|---|---|
| **Element 1F** | wherein an electrical path is formed between the leading end of the outer conductor on the coaxial cable and the cylindrical distal end, and wherein a circumferential welded seam is located along the electrical path and within the circumferential bore. |

69. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1A (preamble) of the ‘766 patent.

70. The JMA ½" Factory Fit and Certified Jumper is an assembly that includes a coaxial cable and a coaxial connector at an end of the coaxial cable.






Exhibit AA.

71. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1A of the '766 patent.

72. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1B of the '766 patent.

73. The JMA ½" Factory Fit and Certified Jumper includes a coaxial cable with an inner conductor, an outer conductor circumferentially surrounding the inner conductor and having a leading end, and a dielectric layer that is positioned between the inner and outer conductors.

74. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor

surrounding the inner conductor and having a leading end, and a dielectric layer between the inner and outer conductors.




75. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1B of the '766 patent.

76. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1C of the '766 patent.

77. The JMA ½" Factory Fit and Certified Jumper includes a coaxial connector with an inner contact having a first end that is electrically connected with the inner conductor of the coaxial cable, and a second distal end.




78. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1C of the '766 patent.

79. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1D of the '766 patent.

80. The JMA ½" Factory Fit and Certified Jumper includes a conductive sleeve member defining a circumferential bore.




81. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper includes a conductive sleeve member defining a circumferential bore:




*See* video at https://jmawireless.com/factory-made-jumpers/ (annotations added).

82. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1D of the '766 patent.

83. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1E of Claim 1 of the '766 patent.

84. The JMA ½" Factory Fit and Certified Jumper has an interface member that circumferentially overlies the conductive sleeve member, and has a cylindrical distal end.




85. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1E of the '766 patent.

86. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1F of the '766 patent.

87. The JMA ½" Factory Fit and Certified Jumper has an electrical path formed between the leading end of the outer conductor on the coaxial cable and the cylindrical distal end

and a circumferential welded seam located along the electrical path and within the circumferential bore. In the configuration shown in the picture below, for example, an electrical path is formed by the electrically conductive material extending between the leading end and the cylindrical distal end, and the welded seam is on that electrical path.




88. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper has a circumferential welded seam:







*See* video at https://jmawireless.com/factory-made-jumpers/.

89. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1F of the '766 patent.

90. JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '766 patent. JMA indirectly infringes by contributing to and/or actively inducing direct infringement by others. For example, JMA contributes to and/or actively induces direct

infringement by partners, users, installers, customers, and/or testers of the Accused Products. As a non-limiting example, JMA contributes to the infringement of claim 1 of the '766 patent by selling, offering to sale, and/or importing JMA's ½" Factory Fit and Certified Jumper. JMA's ½" Factory Fit and Certified Jumper includes features there are a material part of OWN's claim 1 and not a staple article or commodity of commerce suitable for substantial noninfringing use. JMA has knowledge of its products and features and had knowledge of OWN's patents-in-suit as set forth above in "Knowledge of the Patents-in-Suit." Therefore, upon information and belief, JMA knows that JMA's ½" Factory Fit and Certified Jumper includes features that are especially made or especially adapted for use in infringement. As a non-limiting example, JMA actively induces infringement of claim 1 of the '766 patent. JMA actively solicits partners. https://jmawireless.com/partners/. Further, upon information and belief, JMA actively encourages its partners, users, installers, customers, and/or testers to deploy, install, and/or use the Accused Products, including the JMA ½" Factory Fit and Certified Jumpers in a way that results in infringement and provides training and associated materials for the deployment, installation, and/or use that results in infringement.

91. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

92. JMA's infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

93. Upon information and belief, JMA's unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney's fees, and costs.

**<u>Third Cause of Action</u>**

**(Patent Infringement Under 35 U.S.C. §271 of United States Patent No. 11,437,767)**

94. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

95. JMA has directly infringed and continues to directly infringe one or more claims of the ’767 patent literally and/or under the doctrine of equivalents by making, selling, offering for sale, using, and/or importing the Accused Products in the United States within the meaning of 35 U.S.C. §§ 271(a) and/or 271(g), without license or authorization by OWN.

96. As a non-limiting example, JMA has infringed claim 1 of the ‘767 patent by making, selling, offering for sale, using, and/or importing into the United States the JMA Factory Fit and Certified Jumpers, including, without limitation, its ½" Factory Fit and Certified Jumpers. As set forth below, JMA’s manufacture of the ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 1 of the ‘767 patent. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

97. JMA does not have a license to the ‘767 patent.

98. Claim 1 of the ‘767 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below.

| Element Designation | Claim 1 of '767 patent |
|---|---|
| **Element 1A** (preamble) | 1. A method of forming a coaxial connector-cable assembly, comprising: |
| **Element 1B** | (a) providing a coaxial cable including an inner conductor, an outer conductor surrounding the inner conductor, and a dielectric material separating the inner conductor from the outer conductor, each of the inner and outer conductors having an end portion; |
| **Element 1C** | (b) providing an inner contact and a conductive intermediate circular member of a coaxial connector, the conductive intermediate circular member having a bore with an inner surface having an inner diameter; |
| **Element 1D** | (c) welding a seam between the outer conductor of the cable and the inner surface of the bore of the conductive intermediate circular member; |
| **Element 1E** | (d) positioning a conductive interface member to form an electrical path between the outer conductor of the cable and the interface member, the interface member circumferentially overlying at least a portion of the conductive intermediate circular member. |

99. The manufacture and configuration of JMA ½" Factory Fit and Certified Jumper satisfies Element 1A (preamble) of the '767 patent.

100. Upon information and belief, JMA manufactures the JMA ½" Factory Fit and Certified Jumper.

101. Manufacturing the JMA ½" Factory Fit and Certified Jumper forms an assembly that includes a coaxial connector and a coaxial cable.






JMA

## 1/2" Factory Fit and Certified Jumpers

Contact technical support:
1-888-201-6073
techsupport@jmawireless.com

| WPS TYPES OFFERED | |
|---|---|
| SEALS OFFERED FOR | PORT SEAL INCLUDED |
| DM, DR | WPS-DF |
| 4M, 4R | WPS-4F |
| NM, NR | WPS-NF |
| 2M | WPS-2F-12 |

| CABLE TYPES OFFERED | |
|---|---|
| 12 | ½" ANNULAR |
| 12R | ½" ANNULAR RISER |
| 12P | ½" PLENUM |

WPS 1 WPS 2 PIGTAIL LENGTH METER

LXX(W)(XX)(W)(1)-XXX-XX(M)

CONNECTOR 1 CONNECTOR 2

| CONNECTOR TYPES OFFERED | |
|---|---|
| DM | DIN MALE |
| 4M | 4.3-10 MALE |
| 2M | 2.2-5 MALE |
| DR | DIN MALE, RIGHT ANGLE |
| 4R | 4.3-10 MALE, RIGHT ANGLE |
| 4P | 4.3-10 MALE, PUSH-PULL |
| 4E | 4.3-10 MALE, SMALL CAP |
| NM | N MALE |
| NR | N MALE, RIGHT ANGLE |
| DF | DIN FEMALE |
| 4F | 4.3-10 FEMALE |
| NF | N FEMALE |

IF (1) IS PRESENT, COMPRESSION CONNECTOR INCLUDED

IF (W)(1) IS PRESENT, COMPRESSION CONNECTOR INCLUDED WITH WPS

ALL PIGTAILS ARE MADE AS 2X SIZE NEEDED, PIM & RETURN LOSS TESTED AND THEN CUT IN HALF

PIGTAILS MUST BE ORDERED IN EVEN QUANTITIES.

**Jumper Length Notes:**
- *2' Minimum (0.5 meters)*
- *130' Maximum (40 meters)*
- *65' Max for pigtail (20 meters)*

Ex. AA.

102. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) the manufacture and configuration of each of the JMA Factory Made Jumpers satisfies Element 1A of the '767 patent.

103. The manufacture and configuration of JMA ½" Factory Fit and Certified Jumper satisfies Element 1B of claim 1 of the '767 patent.

104. Manufacturing the JMA ½" Factory Fit and Certified Jumper includes providing a coaxial connector-cable assembly that is formed with a coaxial cable having an inner conductor, an outer conductor that surrounds the inner conductor, and a dielectric material that separates the inner and outer conductors. Each of the inner and outer conductors includes an end portion.

105. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor surrounding the inner conductor, and dielectric material between the two conductors, and with each of the inner and outer conductors having an end portion.



106. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) the manufacture and configuration of each of the JMA Factory Made Jumpers satisfies Element 1B of the '767 patent.

107. The manufacture and configuration of the JMA ½" Factory Fit and Certified Jumper satisfies Element 1C of the '767 patent.

108. The manufacture of the JMA ½" Factory Fit and Certified jumper includes providing an inner contact and a conductive intermediate circular member of a coaxial connector, the conductive intermediate circular member having a bore with an inner surface having an inner diameter.



109. The video on JMA's website further evidences that the manufacture and configuration of JMA ½" Factory Fit and Certified jumper includes providing the conductive intermediate circular member having a bore with an inner surface having an inner diameter.




*See* video at https://jmawireless.com/factory-made-jumpers/ (annotations added).

110. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) the manufacture and configuration of each of the JMA Factory Made Jumpers satisfies Element 1C of the '767 patent.

111. The manufacture and configuration of JMA ½" Factory Fit and Certified Jumper satisfies Element 1D of the '767 patent.

112. The manufacture of the JMA ½" Factory Fit and Certified Jumper includes laser welding a seam positioned between the cable outer conductor and the inner surface of the bore of the conductive intermediate circular member.




113. The video on JMA's website further evidences that the manufacture and configuration of JMA ½" Factory Fit and Certified jumper includes welding a seam between the outer conductor of the cable and the inner surface of the bore of the conductive intermediate circular member.




*See* video at https://jmawireless.com/factory-made-jumpers/ (annotations added).

114. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) the manufacture and configuration of each of the JMA Factory Made Jumpers satisfies Element 1D of the '767 patent.

115. The manufacture and configuration of the JMA ½" Factory Fit and Certified Jumper satisfies Element 1E of the '767 patent.

116. The manufacture of the JMA ½" Factory Fit and Certified Jumper includes positioning a conductive interface member to form an electrical path between the outer conductor of the cable and the interface member, and with the interface member circumferentially overlying at least a portion of the conductive intermediate circular member.



117. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) the manufacture and configuration of each of the JMA Factory Made Jumpers satisfies Element 1E of claim 1 of the '767 patent.

118. Upon information and belief, JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '767 patent. For example, to the extent any other entity imports or manufactures the Accused Products, JMA actively induces and/or contributes to that infringement. JMA actively induces and/or contributes to that importation or manufacture by actively participating in the sales of the Accused Products that result in that manufacture or importation and doing so with knowledge of the patents-in-suit.

119. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

120. JMA's infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

121. Upon information and belief, JMA's unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney's fees, and costs.

## Fourth Cause of Action

**(Patent Infringement Under 35 U.S.C. §271 of Patent No. 11,462,843)**

122. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

123. JMA has directly infringed and continues to directly infringe one or more claims of the '843 Patent either literally and/or under the doctrine of equivalents by making, using, selling, offering for sale, and/or importing the Accused Products in the United States, without license or authorization by OWN.

124. As a non-limiting example, JMA has infringed claim 9 of the ‘843 patent by making, using, selling, offering for sale, and/or importing into the United States JMA’s Factory Fit and Certified Jumpers including, without limitation, its ½" Factory Fit and Certified Jumper. As set forth below, the ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 9. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

125. JMA does not have a license to the ‘843 patent.

126. Claim 9 of the ‘843 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below:

| Designations | Claim 9 of ‘843 patent |
|---|---|
| **Element 9A (Preamble)** | 9. A coaxial cable-connector assembly, comprising: |
| **Element 9B** | (a) a coaxial cable comprising:<br>an inner conductor;<br>an outer conductor circumferentially surrounding the inner conductor; and<br>a dielectric layer interposed between the inner conductor and the outer conductor, and |
| **Element 9C** | (b) a coaxial connector, comprising:<br>an inner contact electrically connected with the inner conductor of the coaxial cable, and |
| **Element 9D** | a sleeve member positioned radially outwardly of the inner contact, the sleeve member electrically connected to the outer conductor of the coaxial cable via a circumferential welded bond; |
| **Element 9E** | wherein the sleeve member has an internal bore, and wherein the welded bond between the outer conductor of the coaxial cable and the sleeve member occurs in the internal bore. |

127. The JMA ½" Factory Fit and Certified Jumper satisfies Element 9A (preamble) of the ‘843 patent.

128. The JMA ½" Factory Fit and Certified Jumper is an assembly that includes a coaxial cable and a coaxial connector at an end of the coaxial cable.






Exhibit AA.

129. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 9A of the '843 patent.

130. The JMA ½" Factory Fit and Certified Jumper satisfies Element 9B of the '843 patent.

131. The JMA ½" Factory Fit and Certified Jumper includes a coaxial cable with an inner conductor, an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer that is positioned between the inner and outer conductors.

132. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor surrounding the inner conductor, and a dielectric layer between the two conductors.




133. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 9B of the '843 patent.

134. The JMA ½" Factory Fit and Certified Jumper satisfies Element 9C of the '843 patent.

135. The JMA ½" Factory Fit and Certified Jumper includes a coaxial connector with an inner contact electrically connected with the inner conductor of the coaxial cable.




136. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 9C of the '843 patent.

137. The JMA ½" Factory Fit and Certified Jumper satisfies Element 9D of the '843 patent.

138. The JMA ½" Factory Fit and Certified Jumper includes a sleeve member positioned radially outwardly of the inner contact and electrically connected to the outer conductor of the coaxial cable via a circumferential welded bond.




139. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper includes a sleeve member positioned radially outwardly of the inner contact and electrically connected to the outer conductor of the coaxial cable via a circumferential welded bond:









*See* video at https://jmawireless.com/factory-made-jumpers/ (annotation added).

140. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 9D of the '843 patent

141. The JMA ½" Factory Fit and Certified Jumper satisfies Element 9E of the '843 patent.

142. The JMA ½" Factory Fit and Certified Jumper includes a sleeve member that has an internal bore, and the welded bond between the outer conductor of the cable and the sleeve member occurs within the bore.




143. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 9E of claim 9 of the '843 patent.

144. JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '843 patent. JMA indirectly infringes by contributing to and/or actively inducing direct infringement by others. For example, JMA contributes to and/or actively induces direct infringement by partners, users, installers, customers, and/or testers of the Accused Products. As a non-limiting example, JMA contributes to the infringement of claim 9 of the '843 patent by selling, offering to sale, and/or importing JMA's ½" Factory Fit and Certified Jumper. JMA's ½" Factory Fit and Certified Jumper includes features there are a material part of OWN's claim 9

and not a staple article or commodity of commerce suitable for substantial noninfringing use. JMA has knowledge of its products and features and had knowledge of OWN's patents-in-suit as set forth above in "Knowledge of the Patents-in-Suit." Therefore, upon information and belief, JMA knows that JMA's ½" Factory Fit and Certified Jumper includes features that are especially made or especially adapted for use in infringement. As a non-limiting example, JMA actively induces infringement of claim 9 of the '843 patent. JMA actively solicits partners. https://jmawireless.com/partners/. Further, upon information and belief, JMA actively encourages its partners, users, installers, customers, and/or testers to deploy, install, and/or use the Accused Products, including the JMA ½" Factory Fit and Certified Jumpers in a way that results in infringement and provides training and associated materials for the deployment, installation, and/or use that results in infringement.

145. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

146. JMA's infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

147. Upon information and belief, JMA's unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney's fees, and costs.

## Fifth Cause of Action

## (Patent Infringement Under 35 U.S.C. §271 of Patent No. 11,735,874)

148. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

149. JMA has directly infringed and continues to directly infringe one or more claims of the '874 patent literally and/or under the doctrine of equivalents by making, using, selling,

offering for sale, and/or importing the Accused Products in the United States, without license or authorization by OWN.

150. As a non-limiting example, JMA has infringed at least claim 1 of the ‘874 patent by making, using, selling, offering for sale, and/or importing into the United States JMA’s Factory Fit and Certified Jumpers including, without limitation, the ½" Factory Fit and Certified Jumper. For example, as set forth below, the ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 1. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

151. JMA does not have a license to the ‘874 patent.

152. Claim 1 of the ‘874 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below:

| **Designations** | **Claim 1 of ‘874 patent** |
| --- | --- |
| **Element 1A (Preamble)** | 1. A coaxial cable-connector assembly comprising: |
| **Element 1B** | a. a coaxial cable comprising an inner conductor, an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer interposed between the inner conductor and the outer conductor, wherein the outer conductor has a leading end; and |
| **Element 1C** | b. a coaxial connector comprising:<br>an inner contact having a first end electrically connected to the inner conductor of the coaxial cable, and a second distal end; |
| **Element 1D** | a conductive member defining a circumferential bore; and; |

| | |
|---|---|
| **Element 1E** | an interface member that circumferentially overlies the conductive member, the interface member having a cylindrical distal end; |
| **Element 1F** | wherein a circumferential welded seam is located within the circumferential bore of the conductive member and along an electrical path formed between the leading end of the outer conductor of the coaxial cable and the cylindrical distal end of the interface member. |

153. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1A (preamble) of the ‘874 patent.

154. The JMA ½" Factory Fit and Certified Jumper is a coaxial cable-connector assembly that includes a coaxial cable and a coaxial connector at an end of the coaxial cable.






Ex. AA.

155. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1A of the '874 patent.

156. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1B of the '874 patent.

157. The JMA ½" Factory Fit and Certified Jumper includes a coaxial cable with an inner conductor, an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer that is interposed between the inner and outer conductors. The outer conductor of the coaxial cable includes a leading end.

158. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor

surrounding the inner conductor, and a dielectric layer between the two conductors, and the leading end of the outer conductor.




159. Upon information and belief, based on JMA's website ([https://jmawireless.com/factory-made-jumpers/](https://jmawireless.com/factory-made-jumpers/)) each of the JMA Factory Made Jumpers satisfies Element 1B of the '874 patent.

160. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1C of the '874 patent.

161. The JMA ½" Factory Fit and Certified Jumper includes a coaxial connector with an inner contact having a first end electrically connected to the inner conductor of the coaxial cable, and a second distal end.




162. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1C of the '874 patent.

163. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1D of the '874 patent.

164. The JMA ½" Factory Fit and Certified Jumper includes a conductive member that defines a circumferential bore.




165. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified jumper includes a conductive member that defines a circumferential bore.




*See* video at https://jmawireless.com/factory-made-jumpers/ (annotations added).

166. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1D of the '874 patent.

167. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1E of the '874 patent.

168. The JMA ½" Factory Fit and Certified Jumper includes an interface member that circumferentially overlies the conductive member, and the interface member has a cylindrical distal end.




169. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1E of the '874 patent.

170. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1F of the '874 patent.

171. The JMA ½" Factory Fit and Certified Jumper includes a circumferential welded seam that is located within the circumferential bore of the conductive member.




172. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper has the recited circumferential welded seam:






*See* video at https://jmawireless.com/factory-made-jumpers/.

173. The JMA ½" Factory Fit and Certified Jumper includes a circumferential welded seam that is located along an electrical path formed between the leading end of the outer conductor of the coaxial cable and the cylindrical distal end of the interface member. In the configuration shown in the picture below, for example, an electrical path is formed by the electrically conductive material extending between the leading end and the cylindrical distal end, and the welded seam is on that electrical path.




174. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1F of claim 1 of the '874 patent.

175. JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '874 patent. JMA indirectly infringes by contributing to and/or actively inducing direct infringement by others. For example, JMA contributes to and/or actively induces direct infringement by partners, users, installers, customers, and/or testers of the Accused Products. As a non-limiting example, JMA contributes to the infringement of claim 1 of the '874 patent by selling, offering to sale, and/or importing JMA's ½" Factory Fit and Certified Jumper. JMA's ½" Factory Fit and Certified Jumper includes features there are a material part of OWN's claim 1 and not a staple article or commodity of commerce suitable for substantial noninfringing use. JMA has knowledge of its products and features and had knowledge of OWN's patents-in-suit as set forth above in "Knowledge of the Patents-in-Suit." Therefore, upon information and belief,

JMA knows that JMA's ½" Factory Fit and Certified Jumper includes features that are especially made or especially adapted for use in infringement. As a non-limiting example, JMA actively induces infringement of claim 1 of the '874 patent. JMA actively solicits partners. https://jmawireless.com/partners/. Further, upon information and belief, JMA actively encourages its partners, users, installers, customers, and/or testers to deploy, install, and/or use the Accused Products, including the JMA ½" Factory Fit and Certified Jumpers in a way that results in infringement and provides training and associated materials for the deployment, installation, and/or use that results in infringement.

176. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

177. JMA's infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

178. Upon information and belief, JMA's unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney's fees, and costs.

**Sixth Cause of Action**

**(Patent Infringement Under 35 U.S.C. §271 of United States Patent No. 12,113,317)**

179. OWN incorporates by reference each of the paragraphs above as if fully stated herein.

180. JMA has directly infringed and continues to directly infringe one or more claims of the '317 patent literally and/or under the doctrine of equivalents by making, using, selling, offering for sale, and/or importing the Accused Products, in the United States, without license or authorization by OWN.

181. As a non-limiting example, JMA has infringed at least claim 1 of the ‘317 patent by making, using, selling, offering for sale, and/or importing into the United States JMA’s Factory Fit and Certified Jumpers including, without limitation, the ½" Factory Fit and Certified Jumper. For example, as set forth below, the ½" Factory Fit and Certified Jumper satisfies each and every limitation of claim 1. The annotations below are for general demonstrative purposes to show this cause of action meets the pleading standard based on the current information below. The annotations are not limiting or a statement about claim construction. The Accused Products may satisfy each and every limitation in other or additional ways. The arrows are illustrative and approximate.

182. JMA does not have a license to the ‘317 patent.

183. Claim 1 of the ‘317 patent is recited in the second column (right side) of the table below. For ease of reference only, exemplary element designations are provided in the first column (left side) of the table below:

| Designations | Claim 1 of the ‘317 patent |
|---|---|
| **Element 1A (Preamble)** | 1. A coaxial cable-connector assembly comprising: |
| **Element 1B** | a. a coaxial cable comprising an inner conductor, an outer conductor circumferentially surrounding the inner conductor, and a dielectric layer interposed between the inner conductor and the outer conductor, wherein the outer conductor has a leading end; a |
| **Element 1C** | b. a coaxial connector comprising:<br>an inner contact having a first end electrically connected to the inner conductor of the coaxial cable, and a second opposed end; |
| **Element 1D** | a conductive member defining a circumferential bore; and |
| **Element 1E** | an interface member that circumferentially overlies the conductive member, the interface member having a cylindrical distal end; |
| **Element 1F** | wherein a circumferential welded seam is located within the circumferential bore of the conductive member and along an electrical |

| | |
|---|---|
| | path formed between the leading end of the outer conductor of the coaxial cable and the cylindrical distal end of the interface member. |

184. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1A (preamble) of the ‘317 patent.

185. The JMA ½" Factory Fit and Certified Jumper is an assembly that includes a coaxial cable and a coaxial connector at an end of the coaxial cable.






Exhibit AA.

186. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1A of the '317 patent.

187. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1B of the '317 patent.

188. The JMA ½" Factory Fit and Certified Jumper includes a coaxial cable with an inner conductor, an outer conductor circumferentially surrounding the inner conductor and having a leading end, and a dielectric layer that is positioned between the inner and outer conductors.

189. Below is a cross-sectional cut-away view of a JMA ½" Factory Fit and Certified Jumper that shows an end of the coaxial cable having an inner conductor, an outer conductor surrounding the inner conductor and having a leading end, and a dielectric layer between the inner and outer conductors.




190. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1B of the '317 patent.

191. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1C of the '317 patent.

192. The JMA ½" Factory Fit and Certified Jumper includes a coaxial connector with an inner contact having a first end that is electrically connected with the inner conductor of the coaxial cable, and a second opposed end.




193. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1C of the '317 patent.

194. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1D of the '317 patent.

195. The JMA ½" Factory Fit and Certified Jumper includes a conductive member defining a circumferential bore.




196. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified jumper includes a conductive member that defines a circumferential bore.




*See* video at https://jmawireless.com/factory-made-jumpers/ (annotations added).

197. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1D of the '317 patent.

198. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1E of the '317 patent.

199. The JMA ½" Factory Fit and Certified Jumper has an interface member that circumferentially overlies the conductive member, and has a cylindrical distal end.




200. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1E of the '317 patent.

201. The JMA ½" Factory Fit and Certified Jumper satisfies Element 1F of the '317 patent.

202. The JMA ½" Factory Fit and Certified Jumper has a circumferential welded seam located within the circumferential bore of the conductive member and along an electrical path

that is formed between the leading end of the outer conductor on the coaxial cable and the cylindrical distal end of the interface member. In the configuration shown in the picture below, for example, an electrical path is formed by the electrically conductive material extending between the leading end and the cylindrical distal end, and the welded seam is on that electrical path.




203. The video on JMA's website further evidences that JMA ½" Factory Fit and Certified Jumper has the recited circumferential welded seam:







*See* video at https://jmawireless.com/factory-made-jumpers/.

204. Upon information and belief, based on JMA's website (https://jmawireless.com/factory-made-jumpers/) each of the JMA Factory Made Jumpers satisfies Element 1F of the '317 patent

205. JMA has also indirectly infringed and continues to indirectly infringe one or more claims of the '317 patent. JMA indirectly infringes by contributing to and/or actively inducing direct infringement by others. For example, JMA contributes to and/or actively induces direct

infringement by partners, users, installers, customers, and/or testers of the Accused Products. As a non-limiting example, JMA contributes to the infringement of claim 1 of the ‘317 patent by selling, offering to sale, and/or importing JMA’s ½" Factory Fit and Certified Jumper. JMA’s ½" Factory Fit and Certified Jumper includes features there are a material part of OWN’s claim 1 and not a staple article or commodity of commerce suitable for substantial noninfringing use. JMA has knowledge of its products and features and had knowledge of OWN’s patents-in-suit as set forth above in “Knowledge of the Patents-in-Suit.” Therefore, upon information and belief, JMA knows that JMA’s ½" Factory Fit and Certified Jumper includes features that are especially made or especially adapted for use in infringement. As a non-limiting example, JMA actively induces infringement of claim 1 of the ‘317 patent. JMA actively solicits partners. https://jmawireless.com/partners/. Further, upon information and belief, JMA actively encourages its partners, users, installers, customers, and/or testers to deploy, install, and/or use the Accused Products, including the JMA ½" Factory Fit and Certified Jumpers in a way that results in infringement and provides training and associated materials for the deployment, installation, and/or use that results in infringement.

206. OWN has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

207. JMA’s infringement has caused OWN irreparable harm and damages in an amount to be proven at trial.

208. Upon information and belief, JMA’s unlawful infringing activity was and is willful, deliberate, and intentional, entitling OWN to recover, among other things, enhanced damages, attorney’s fees, and costs.

## Prayer for Relief

OWN respectfully requests the following relief:

A. A judgment that Defendant has infringed the patents-in-suit;

B. An injunction enjoining and restraining Defendant, its officers, directors, agents, servants, employees, attorneys and all persons in active concert or participation with them from infringing the patents-in-suit, to the extent not expired.

C. A judgment and order requiring Defendant to pay all appropriate damages under 35 U.S.C. § 284, including prejudgment and post-judgment interest, and including increased damages for its willful infringement;

D. A judgment and order requiring Defendant to pay all costs of this action, including all disbursements and attorney fees, if this case is found to be exceptional as provided by 35 U.S.C. § 285; and

E. Such other and further relief that this Court may deem just and equitable.

## Demand for a Jury Trial

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, OWN demands a trial by jury of all issues so triable.

Dated: October 29, 2026

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

Timothy A. Lindquist (pro hac vice forthcoming)
William F. Bullard (pro hac vice forthcoming)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: (612) 436-9600
Facsimile: (612) 436-9605
tlindquist@carlsoncaspers.com
wbullard@carlsoncaspers.com

***Attorneys for Plaintiff***